**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

FRANK ARTHUR CROWELL,

        Petitioner,

v.                                            Case No. 15-11243

JEFFREY WOODS,

        Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability or Leave to Proceed in Forma Pauperis on Appeal" dated January 19, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Jeffrey Woods and against Petitioner Frank Arthur Crowell. Dated at Detroit, Michigan, this 19th day of January 2016.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            <u>S/Lisa Wagner</u>
                                    By: Lisa Wagner, Case Manager
                                        to Judge Robert H. Cleland